DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE FLORIDA HORSEMEN'S BENEVOLENT
& PROTECTIVE ASSOCIATION, INC.,**
Appellant,

v.

**CALDER RACE COURSE, INC.,** and **DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION, DIVISION OF PARI-MUTUEL
WAGERING,**
Appellees.

No. 4D20-505

[May 27, 2021]

Appeal from the State of Florida, Department of Business and Professional Regulation, Division of Pari-Mutuel Wagering; L.T. Case Nos. DOAH #18-4997 and DBPR #2018-040787.

Bradford J. Beilly and John Strohsahl of Beilly & Strohsahl, P.A., Ft. Lauderdale, for appellant.

Kristen M. Fiore of Akerman LLP, Tallahassee, Tamara S. Malvin of Akerman LLP, Fort Lauderdale, and Wilbur E. Brewton and Kelly B. Plante of Brewton Plante, P.A., Tallahassee, for appellee Calder Race Course, Inc.

Joseph Yauger Whealdon, III, Chief Legal Counsel, Department of Business & Professional Regulation, Tallahassee, for appellee Department of Business and Professional Regulation, Division of Pari-Mutuel Wagering.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***